AIRWAYS SUPERMARKETS, INC., v. THOMAS J. SANTONE.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Present — Peck, P. J., Glennon, Dore and Van Voorhis, JJ.; Dore, J., taking no part. [See 277 App. Div. 722.]

∎

JOSEPH E. CURTIS et al. v. CHARLES J. TOBIN et al.— Motion for leave to appeal to the Court of Appeals or for reargument denied, with $10 costs. Present — Peck, P. J., Glennon, Van Voorhis, Shientag and Heffernan, JJ. [See *ante*, p. 648.]

∎

WILLIAM HAAS v. ROSENBLUM FURS, INC.—Motion for reargument denied, with $10 costs. Present — Peck, P. J., Cohn, Van Voorhis, Shientag and Heffernan, JJ. [See *ante*, p. 685.]

∎

551 FIFTH AVENUE, INC., v. KATHRINE WELLINGBROOK and Eleven Other Proceedings by the Above-Named Landlord-Appellant against Other Tenants.— Motion for leave to appeal to the Court of Appeals granted. Settle order on notice. Present — Peck, P. J., Glennon, Dore, Cohn and Callahan, JJ. [See *ante*, p. 694.]

∎

∎

BUSHWICK COMMISSION CO., INC., v. JOHN COLEMAN.— Motion for leave to appeal to the Court of Appaels denied, with $10 costs. Present — Peck, P. J., Glennon, Van Voorhis, Shientag and Heffernan, JJ. [See *ante*, p. 648.]

∎

GUARANTY TRUST COMPANY OF NEW YORK, as Trustee under the First Consolidated Mortgage of RIO GRANDE WESTERN RAILWAY COMPANY, Respondent, and JULUUS KLORFEIN, Intervener, Respondent, v. CHASE NATIONAL BANK OF THE CITY OF NEW YORK, as Trustee under the Refunding and Improvement Mortgage of DENVER AND RIO GRANDE WESTERN RAILROAD COMPANY, et al., Respondents, and HAROLD S. BAIRD, Intervener, Respondent. OSTERMAN & HUTNER et al., Appellants.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Present — Peck, P. J., Cohn, Van Voorhis, Shientag and Heffernan, JJ. [See *ante*, p. 650.]

∎

In the Matter of the Arbitration between HATZEL & BUEHLER, INC., Respondent, and GEORGE A. FULLER COMPANY, Appellant.— Motion for leave to appeal to the Court of Appeals granted. Settle order on notice. Present — Peck, P. J., Glennon, Van Voorhis and Shientag, JJ. [See *ante*, p. 647.]